Appeal # 04-14-00880-CV
2014-CI-06554

Proof of Payment for
Clerks Record.

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 FEB -2 PM 4:57
Keith E. Hottle
KEITH E. HOTTLE, CLERK

**RECEIPT**   No. 807171

DATE Feb 2, 2015

FROM law office of

Regina M. Scryner-Tibbs.         $ 93

☐ FOR RENT  2014CI06556 .

☐ FOR
☐ FOR

|  | ○ CASH | FROM | TO |
| ACCT. | ○ CHECK | | |
| PAID 93 .ª | ○ MONEY ORDER | Erelyda C | |
| DUE | ○ CREDIT CARD | BY | DOLLARS |

A-1152
T-4161